UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER DIAZ,<br>Plaintiff,<br>v.<br>COUNTY OF FRESNO, et al.<br>Defendants. | No. 1:26-cv-7044-JLT-EPG<br>ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE<br>(ECF No. 5) |

On November 11, 2026, Plaintiff filed a "Request to Continue Mandatory Scheduling Conference and Related Deadlines." (ECF No. 5). In the request, Plaintiff provides the following background information.

> On September 2, 2026, Plaintiff filed his Complaint against Defendants COUNTY OF FRESNO, FRESNO COUNTY SHERIFF'S OFFICE, and SHERIFF JOHN ZANONI (collectively, "Defendants") (Dkt. No. 1.) The Clerk issued the Summons on September 3, 2026. (Dkt. No. 4.)
>
> The Court's Order Setting Mandatory Scheduling Conference (Dkt. No. 3) set the Scheduling Conference for December 8, 2026, at 10:00 a.m., and directed the parties to conduct their Rule 26(f) conference at least twenty (20) days before the Scheduling Conference and to file a Joint Scheduling Report at least seven (7) days before the Scheduling Conference. (Dkt. No. 3 at 2.)
>
> Plaintiff retained a registered process server and, on November 9, 2026, submitted a rush request for service of the Summons and Complaint on all Defendants. On November 10, 2026, the process server served the Summons and Complaint on Defendants FRESNO COUNTY SHERIFF'S OFFICE and SHERIFF JOHN ZANONI at 2200 Fresno Street, Fresno, California, by delivering them to an individual who stated that she was authorized to accept service on their behalf. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), those Defendants' responses to the Complaint are due December 1, 2026. The same day, the process server attempted service on Defendant COUNTY OF FRESNO at 2281 Tulare Street, Room 301, Fresno, California, but was unable to complete service because the

office was closed; service on the County is ongoing. No Defendant has appeared in this action. Plaintiff's deadline to complete service under Rule 4(m) is December 1, 2026.

(*Id.* at 2-3). The Plaintiff requests a sixty-day continuance of the currently set December 8, 2026, initial scheduling conference to allow Plaintiff to complete service and for defendants to file a response to the complaint. (*Id.* at 3).

After consideration, and good cause thus appearing, the Court shall grant Plaintiff's request and HEREBY ORDERS the December 8, 2026, initial scheduling conference be continued to February 18, 2027 at 10:30a.m. The parties are directed to file a joint scheduling report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **November 12, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE